In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

FILED
IN THE COURT OF APPEA...
AT SAN ANTONIO, T...

2015 MAR -2 PM 12: 55

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

### Response to Appellee Affidavit of Indigency

Here comes Maryann Castro, I want to proceed in the Appeals Process I don't know who is Counsel Joseph Appelts Contact On Maryann Castro catering there is none Appellee Manuel Castro promise to support me failed I removed the name Maryann Catering from state Of Texas and that copy sent is a fraud I do not have CATERING BY Maryann Castro look at the number 830-496-0133 is my active number and I have sent it in all my motions just another fraud attempt by Counsel Joseph Appelt and his Client Manuel Castro and nonspouse mistress Christina Pacheco known as Tina Pacehco.

And hiring Attorneys I object to his comment not one attorney did anything to protect me or my home all took money the only one who did the job to protect my home is Matthew Obremier and Malasia Law firm I listened to Cousnel Lishamn who told me I had to pay for stay to be lifted and I should not of paid Steve Cennamo it was Appellee Manuel Castro who filed bankruptcy and did not have the automatic stay lifted he was advised by bankruptcy trustee in order to proceed with the divorce automatic lift stay a motion needed to be filed prior to divorce Counsel Joseph Appelt commited a legal malpractice violated a bankruptcy Court advice by the trustee, Appellant Maryann Castro paid for the automatic stay to be lifted because Counsel Lishman advised her to.

99 Chevy cruze I do not own one it's a lie another fraud

Appellant Maryann Castro is being harassed by Counsel Appelt and Appellee Manuel Castro and the non spouse mistress Christina Pacheco.

Appellant Maryann Castro is asking the Court for Judicial Interference due to Counsel Joseph Appelt numerous lies in attacking Appellant Maryann Castro for example the Automatic stay lift was never filed or lifted and Counsel Joseph Appelt knew this and Hid the truth from Judge Canales and Appellant Maryann Castro.

Appellant Maryann Castro prays for Justice and All trips in Court Appellant Maryann Castro and Counsel Sarah Lishman made the truth never came out to all the Judges who denied or accepted motions that Counsel Joseph Appelt Committed a Fraud Civil Rico proceeded in accepting a comparative Market analysis realtors Opinion it says not to be used as an appraisal overvaluing the Community in active bankruptcy and he used it causing Appellant Maryann Castro duress stress financial hardship being dishonest Counsel Joseph Appelt committed a legal Malpractice processing a bankruptcy hiding the truth his Client Appellee Manuel Castro did not pay the mortgage and did not state the truth active bankruptcy and using a realtors opinion to overvalue community realtors opinion was provided by the non spouse mistress Christina Pacheco known as Tina Pacheco. And Appellee Manuel Castro knew the truth Appellant does not have Maryanns Catering or a Chevy Cruze. Appellant Had to seek employment because Appellee Manuel Castro was not supporting her using the Community Funds to support the non spouse Mistress Christina Pacheco.Appellant Maryann Castro is disabled and the ticket to work program for disabled persons is allowed if a disabled person can get employment.

Appellant Maryann Castro is seeking justice due to adultery fraud committed by Appellee Manuel Castro.

Respectfully

Ms. Maryann Castro Pro Se Respondent    Sent 2/27/15

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@Gmail.com

Grand Opening of

**CATERING BY MARYANN**

BOURDANTON'S OWN

**MARYANN BALDERAS CASTRO**

Authentic Mexican Food • Book Your Party Now

Call: 830-496-0540

24p

Pleasanton Express | Wednesday, April 24, 2013

Exhibit A

In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

## Response to Appellee Affidavit of Indigency

Here comes Maryann Castro, I want to proceed in the Appeals Process I don't know who is Counsel Joseph Appelts Contact On Maryann Castro catering there is none Appellee Manuel Castro promise to support me failed I removed the name Maryann Catering from state Of Texas and that copy sent is a fraud I do not have CATERING BY Maryann Castro look at the number 830-496-0133 is my active number and I have sent it in all my motions just another fraud attempt by Counsel Joseph Appelt and his Client Manuel Castro and nonspouse mistress Christina Pacheco known as Tina Pacehco.

And hiring Attorneys I object to his comment not one attorney did anything to protect me or my home all took money the only one who did the job to protect my home is Matthew Obremier and Malasia Law firm I listened to Cousnel Lishamn who told me I had to pay for stay to be lifted and I should not of paid Steve Cennamo it was Appellee Manuel Castro who filed bankruptcy and did not have the automatic stay lifted he was advised by bankruptcy trustee in order to proceed with the divorce automatic lift stay a motion needed to be filed prior to divorce Counsel Joseph Appelt commited a legal malpractice violated a bankruptcy Court advice by the trustee, Appellant Maryann Castro paid for the automatic stay to be lifted because Counsel Lishman advised her to.

99 Chevy cruze I do not own one it's a lie another fraud

Appellant Maryann Castro is being harassed by Counsel Appelt and Appellee Manuel Castro and the non spouse mistress Christina Pacheco.

Appellant Maryann Castro is asking the Court for Judicial Interference due to Counsel Joseph Appelt numerous lies in attacking Appellant Maryann Castro for example the Automatic stay lift was never filed or lifted and Counsel Joseph Appelt knew this and Hid the truth from Judge Canales and Appellant Maryann Castro.

Appellant Maryann Castro prays for Justice and All trips in Court Appellant Maryann Castro and Counsel Sarah Lishman made the truth never came out to all the Judges who denied or accepted motions that Counsel Joseph Appelt Committed a Fraud Civil Rico proceeded in accepting a comparative Market analysis realtors Opinion it says not to be used as an appraisal overvaluing the Community in active bankruptcy and he used it causing Appellant Maryann Castro duress stress financial hardship being dishonest Counsel Joseph Appelt committed a legal Malpractice processing a bankruptcy hiding the truth his Client Appellee Manuel Castro did not pay the mortgage and did not state the truth active bankruptcy and using a realtors opinion to overvalue community realtors opinion was provided by the non spouse mistress Christina Pacheco known as Tina Pacheco. And Appellee Manuel Castro knew the truth Appellant does not have Maryanns Catering or a Chevy Cruze. Appellant Had to seek employment because Appellee Manuel Castro was not supporting her using the Community Funds to support the non spouse Mistress Christina Pacheco.Appellant Maryann Castro is disabled and the ticket to work program for disabled persons is allowed if a disabled person can get employment.

Appellant Maryann Castro is seeking justice due to adultery fraud committed by Appellee Manuel Castro.

Respectfully,

Ms. Maryann Castro Pro Se Respondent

Sent 2/27/15

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@Gmail.com

Grand Opening of
Catering By Maryann

Jourdanton's Own
Maryann Balderas Castro

Authentic Mexican Food • Book Your Party Now
Call: 830-496-0540

24p

Exhibit A